

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00203-CR

KEITH JORDAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2019-416,969, Honorable William R. Eichman II, Presiding

December 19, 2019

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

On April 3, 2019, appellant, Keith Jordan, was convicted of the offense of failure to register as a sex offender.[1] He was sentenced to ten years' incarceration. Appellant timely filed his notice of appeal. After both appellant and the State filed briefs, on December 16, 2019, the parties filed a Joint Motion to Reverse Conviction, in which appellant contends and the State concedes that appellant's conviction was invalid

---

[1] See TEX. CRIM. PROC. CODE ANN. art. 62.102 (West 2018).

because the period during which appellant was legally obligated to register as a sex offender had expired prior to the date he was alleged to have committed the charged offense. *See id.* After reviewing the record in this case and the applicable law, we conclude that the joint motion is correct in its conclusion that appellant was improperly convicted. Consequently, we reverse the trial court's judgment and render judgment acquitting appellant of the charged offense. *See* TEX. R. APP. P. 43.2(c). Having reversed the trial court's judgment and rendering judgment acquitting appellant of the charged offense pursuant to the parties' agreement, no motion for rehearing will be entertained and our mandate will issue forthwith.

Judy C. Parker
Justice

Do not publish.